Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of MORRIS DANGLER, an Attorney.— Reference ordered before Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of HARRY N. STEINFELD, an Attorney.— Motion for commission to take testimony granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of IGNACE I. APFEL, an Attorney.— Reference ordered before Hon. John W. Goff, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of HORACE D. BYRNES, an Attorney.— Motion for commission to take testimony granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of WILLIAM H. OSTRANDER, an Attorney.— Reference ordered before Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page and Merrell, JJ.

RIGGI BROTHERS COMPANY, INC., v. IRVING NATIONAL BANK and Others. Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR HOROWITZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MATHILDA CARLSON, Respondent, v. THE KISSENA PARK CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH LABRIOLA, an Infant, by PHILIP J. LABRIOLA, His Guardian ad Litem, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PHILIP J. LABRIOLA, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that there is no evidence to sustain the recovery as to the damages. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HENRY LAYKIND, an Infant, by MAX LAYKIND, His Guardian ad Litem, Respondent, v. SAMUEL J. BLOOMINGDALE and Others, Doing Business under the Firm Name, etc., Appellants.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALFRED PALMER, Appellant, v. WALTER J. BURKE GARAGE COMPANY, INC., and Another, Respondents.— Determination affirmed, with costs, and judgment absolute ordered against plaintiff pursuant to stipulation. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FELIC PASQUERILLO, as Administratrix, etc., Appellant, v. WILLIAM KENNEDY CONSTRUCTION COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.